**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0921

Hope Holdings, Inc.

- - Versus - -

Modern American Recycling Services, Inc.

32nd Judicial District Court
Case #: 190452
Terrebonne Parish

Consolidated with the following:

2023 - CA - 0922
Modern American Recycling Services, Inc.
versus
Turnkey Offshore Project Services L.L.C. and Hope Holding, Inc.

On Application for Rehearing filed on   03/27/2024 by Modern American Recycling Service, Inc.

Rehearing _____*Denied*_____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date ___APR 0 5 2024_____

_____
Rodd Naquin, Clerk